# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

RICKEY COLLIGAN

NO.  2020 CW 0310

VERSUS

TAMMY EDWARDS

**APRIL 14, 2020**

In Re:  Rickey Colligan, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 166443

BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT